**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADAM JAY STONE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK EATON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:26-cv-01402 KES SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>Doc. 5 |

Adam Jay Stone seeks to hold the defendants liable for alleged violations of his civil rights while he was incarcerated at Kern Valley State Prison. Doc. 1. The magistrate judge reviewed the complaint and found the pleading is identical to the operative complaint filed in *Stone v. Eaton, et al.*, Case No. 1:26-cv-01368-CDB. Doc. 5 at 2. The magistrate judge recommended this second action be dismissed as duplicative. *Id.* at 3.

The Court served the findings and recommendations upon Stone and notified him that any objections were due within 14 days. Doc. 5 at 3. The court also informed Stone that "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Stone did not file objections, and the deadline to do so expired.

Consistent with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court concludes the findings and

recommendations are supported by the record and by proper analysis.  The court **ORDERS**:

    1.  The findings and recommendations issued on February 20, 2026 (Doc. 5), are **ADOPTED** in full.

    2.  This action is **DISMISSED** without prejudice.

    3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:   __March 10, 2026__

                                                           UNITED STATES DISTRICT JUDGE

2